# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-306-6666 • Cell  
888-587-4737 • Fax

33 West 19th Street - 4th Floor  
New York, New York 10011  
bc@sternheimlaw.com

> The extension requested below is approved.
>
> **SO ORDERED.**
>
> Dated:   March 8, 2021  
>          New York, New York
>
> _/s/ Loretta A. Preska_  
> LORETTA A. PRESKA, U.S.D.J.

March 8, 2021

Honorable Loretta A. Preska  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: *United States v. Jose Feliciano*  
    95 Cr. 941(LAP)  
    01 Cv. 9398 (LAP)

Dear Judge Preska:

    I was appointed to represent Jose Feliciano in connection with filing a successive motion pursuant to 28 U.S.C. § 2255. I did not represent him previously and am still engaged in obtaining and reviewing documents in this rather old case, for which the court file has been long archived. In addition, due to quarantine lockdown at the BOP facility where Mr. Feliciano is incarceration, obtaining legal calls has been difficult. For the aforementioned and personal reasons, additional time is needed to confer with Mr. Feliciano and file a submission on his behalf

- Presently, defense submission is due on March 11, 2021.
- One previous request for extension has been made.
- I have conferred with AUSA Kaylan E. Lasky.
- The government consents to this application.

    Accordingly, I request an enlargement of time to April 12th to confer with Mr. Feliciano, review the documents in this case, and prepare and file a submission on his behalf.

    Your consideration is greatly appreciated.

Very truly yours,  
*Bobbi C. Sternheim*  
BOBBI C. STERNHEIM

cc: AUSA Kaylan E. Lasky  
    via ECF